

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00215-CV

Michael **GONZALEZ** and Dolores Gonzalez,
Appellants

v.

**ARDC RUIZ, LTD.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV01239
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:  Beth Watkins, Justice
     Liza A. Rodriguez, Justice
     Lori I. Valenzuela, Justice

Delivered and Filed: July 10, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was originally due on May 16, 2024 and was not filed. On May 31, 2024, we ordered appellants to file, by June 17, 2024: (1) their brief; and (2) a written response reasonably explaining their failure to timely file a brief and why appellee was not significantly injured by appellants' failure to timely file a brief. We cautioned appellants that if they did not timely file the brief and written response, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Appellants did not file a brief or otherwise respond to our order. Accordingly, we dismiss this appeal for want of prosecution.


PER CURIAM